UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>JAMES EZRA VOYCE, II,<br><br>      Defendant. | Case No. 2:14-MJ-00200-BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant appeared after being arrested on warrant issued for violating the following conditions of pretrial release: failing to report law enforcement contact; consuming alcohol and engaging in behavior that has caused his third party custodian to express the desire to withdraw as a custodian; and using alcohol. Given defendant's criminal history, problems in the past with conditions of supervision in other cases, his alcohol abuse and his mental health problems, the court concludes he should be detained pending his appearance in the Eastern District of Washington.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 14th day of May, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2